## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAAVEED CHARLEAU, on behalf of himself and all others similarly situated, | : | Civil No. 1:20-CV-00879 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| S-L DISTRIBUTION COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 1st day of October, 2021, following a thorough review of the discovery dispute addressed in letters, Docs. 83 & 85, **IT IS ORDERED AS FOLLOWS**:

1) The court directs Defendant to timely respond to all outstanding, properly served discovery requests in accordance with the Federal Rules of Civil Procedure and to participate in discovery in good faith.

2) The court is not in a position to rule on the issues relating to arbitration and the requested stay of discovery, Docs. 79 & 81, as of this date because the motions are not yet ripe.

3) The court has not, and is not, extending any deadlines at this point because neither party has asked the court to do so by motion or stipulation. However, the court will consider an extension of the case

management deadlines if the parties properly request such an extension.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania